In the Matter of the Petition of WILLIAM POWERS for the Probate of the Alleged Last Will and Testament of MARY POWERS, Deceased.—

Motion denied. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.